IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 08-45 |
| MATTHEW PALMER, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Matthew Palmer, except for the limited purpose of permitting the U.S. Marshals Service or other law enforcement authorities to enter into NCIC the arrest warrant.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: March 13, 2008

AND NOW, to wit, this __13__ day of __March__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Matthew Palmer, except for the limited purpose of permitting the U.S. Marshals Service or other law enforcement authorities to enter the arrest warrant on NCIC.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge