## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 08-45 |
| | ) | |
| MATTHEW PALMER, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United

States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States

Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an

arrest warrant against the defendant, Matthew Palmer, pursuant to an Indictment returned against

him by the Federal Grand Jury on March 13, 2008.


COLM F. CONNOLLY
United States Attorney

BY: _Christopher J. Burke_

Christopher J. Burke
Assistant United States Attorney


Dated: March 13, 2008

AND NOW, this ____*13*____ day of ___*March*_____, 2008, based upon the

foregoing Motion,

      **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of

Matthew Palmer.

 

 

                                                      Honorable Mary Pat Thynge

                                                      United States Magistrate Judge