AO 442  (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MATTHEW PALMER

**WARRANT FOR ARREST**

Case Number: CRIMINAL ACTION 08-45 (SEALED CASE)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Matthew Palmer _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

RECEIPT OF CHILD PORNOGRAPHY;
ATTEMPTED DISTRIBUTION OF CHILD PORNOGRAPHY;
POSSESSION OF CHILD PORNOGRAPHY;
RECEIPT OF OBSCENE MATERIAL;
ATTEMPTED DISTRIBUTION OF OBSCENE MATERIAL;
POSSESSION OF OBSCENE MATERIAL;

in violation of Title _____ 18 _____ United States Code, Section(s) __ 2252A(a)(2); (a)(5)(b); (a)(2)(A) & 1466A(b)(2)(A) __

PETER T. DALLEO                                  By: _____ Deputy Clerk
Name of Issuing Officer                              Signature of Issuing Officer

CLERK OF COURT                                   March 13, 2008 at WILMINGTON, DE
Title of Issuing Officer                              Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-13-08 | William David, DUSM | William [signature] |
| DATE OF ARREST 3-17-08 | | |