UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>          Plaintiff,                  )<br>                                       )<br>     vs.                               )   CASE NO. 08-45-UNA<br>                                       )<br>**MATTHEW PALMER**,                    )<br>                                       )<br>          Defendant.                   )   | |

# O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **MARCH 20ᵀᴴ, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *April 20, 2008* The time between the date of this order and *April 20, 2008* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**


cc: Defense Counsel
    United States Attorney