IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 08-45-GMS |
| | ) |
| MATTHEW PALMER, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR STATUS CONFERENCE

**NOW COMES** the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves for the Court to schedule a status conference in the above-captioned matter. In support of this motion, the United States asserts that the initial pretrial motions deadline of April 20, 2008, has passed, and that defendant Matthew Palmer has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: April 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No.  08-45-GMS |
| | ) |
| MATTHEW PALMER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now this _____ day of _____ 2008, having considered the Government's Motion for a Status Conference, **IT IS ORDERED** that the Government's motion is **GRANTED** and that a status conference shall commence on _____, at _____,

**IT IS FURTHER ORDERED** that the time between _____, and _____, shall be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(F).

_____
Honorable Gregory M. Sleet
United States District Judge