IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 08-45-GMS |
| | ) |
| MATTHEW PALMER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now this 25th day of April 2008, having considered the Government's Motion for a Status Conference, **IT IS ORDERED** that the Government's motion is **GRANTED** and that a status conference shall commence on May 1, 2008, at 11:30 am

**IT IS FURTHER ORDERED** that the time between 4/25/08, and 5/1/08, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

Honorable Gregory M. Sleet
United States District Judge

FILED

APR 25 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE