IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 08-45 GMS |
| | ) |
| MATTHEW PALMER | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING SENTENCING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is RESCHEDULED to **Friday, August 29, 2008, at 10:00 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

July 23, 2008